of JOHN J. SLATER, Deceased, Appellant; HANOVER BANK, as Substituted Trustee under the Will of JOHN SLATER, Deceased, et al., Respondents.— Order unanimously affirmed, with $10 costs and disbursements to the respondent-respondent, the Hanover Bank, as substituted trustee, against appellant as administrator *c. t. a.* No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ CROWELL-COLLIER PUBLISHING COMPANY et al., Respondents, v. SAMUEL JOSEFOWITZ et al., Individually and as Trustees under the FENIA JOSEFOWITZ TRUST, et al., Appellants.— Orders unanimously affirmed, with $50 costs and disbursements to the respondents. No opinion. Settle order fixing date for examination to proceed. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ SAMUEL R. ROSENBAUM, as Trustee, Plaintiff, v. HARRY MELNIKOFF et al., Defendants, and GEORGE V. CLANCY, as Treasurer of the American Federation of Musicians of the United States and Canada, Appellant, and REPUBLIC PRODUCTIONS, INC., et al., Respondents.—Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ In the Matter of F. W. WOOLWORTH CO., Appellant. JESSE KUTELL et al., Respondents.— The respondents, presumably upon the authority of *Matter of Fisk Bldg. Associates* v. *Willmark Service System* (283 App. Div. 938), obtained an order for a bill of particulars containing items that our later decisions (see *Matter of 400 Madison Ave. Corp.*, 286 App. Div. 834; *Matter of Woolco Realty Corp.*, 2 A D 2d 676) have deemed inappropriate in an alternative proceeding for a determination of reasonable rent (Business Rent Law, § 4, subd. 2; L. 1945, ch. 314, as amd.). Order unanimously modified, on the law, by striking items 1, 2 and 6 of the demand for a bill of particulars, and, as modified, is otherwise affirmed, without costs. Settle order. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ In the Matter of F. W. WOOLWORTH CO., Appellant. JESSE KUTELL et al., Respondents.— The respondents, presumably upon the authority of *Matter of Fisk Bldg. Associates* v. *Willmark Service System* (283 App. Div. 938), obtained an order for a bill of particulars containing items that our later decisions (see *Matter of 400 Madison Ave. Corp.*, 286 App. Div. 834; *Matter of Woolco Realty Corp.*, 2 A D 2d 676) have deemed inappropriate in an alternative proceeding for a determination of reasonable rent (Business Rent Law, § 4, subd. 2; L. 1945, ch. 314, as amd.). Order unanimously modified, on the law, by striking items 3 and 4 of the demand for a bill of particulars, and, as modified, is otherwise affirmed, without costs. Settle order. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ SELZNICK RELEASING ORGANIZATION, INC., Respondent, v. CHESAPEAKE INDUSTRIES, INC., Appellant.— Order so far as appealed from unanimously affirmed, with $50 costs and disbursements to the respondent. Settle order fixing date for examination to continue. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ JAIME GONZALES v. COLONIAL TRUST COMPANY.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ JAIME GONZALES v. COLONIAL TRUST COMPANY.— Cross motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ YVONNE R. WAGNER v. JOSEPH BRAUNSBERG.—Motion for leave to reargue or for resettlement, or for leave to appeal to the Court of Appeals